Raymond Koll, Appellant, v. Norman J. Mitchell,
Appellee.

Gen. No. 43,316.

opinion
filed November 20, 1946; released for publication December 5, 1946.
Royal W. Irwin, for appellant; Cassels, Potter & Bentley, for appellee;
Kenneth B. Hawkins, of counsel. Opinion by PRESIDING JUSTICE LEWE.
Not to be published in full.